```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney           JS - 6
 3  Chief, Civil Division
    KEVIN B. FINN
 4  Assistant United States Attorney
    Calif. Bar No. 128072
 5       Federal Building, Suite 7516
         300 North Los Angeles Street
 6       Los Angeles, California 90012
         Telephone:  (213) 894-6739
 7       Fax:              894-7327
    Attorneys for Federal Defendants
 8  United States and Reginald Tillman

 9                    UNITED STATES DISTRICT COURT

10               FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                          EASTERN DIVISION

12  PORTER WARREN,              )   NO. EDCV 10-0651 DOC (MANx)
                                )
13       Plaintiff,             )
                                )   ORDER OF DISMISSAL
14       v.                     )
                                )   Honorable David O. Carter
15  UNITED STATES OF AMERICA,   )
                                )
16       Defendant.             )
                                )
17  _____)

18

19

20

21       The defendant United States having substituted into this matter

22  for federal defendant Reginald Tillman, sued herein as R. Tillman,

23  and the Court having ordered the caption corrected to reflect said

24  substitution, the United States brought a Motion to Dismiss the

25  complaint.  ~~The Motion to Dismiss, having come on for hearing on~~

26  ~~July 12, 2010, before the Honorable David O. Carter, and the Court~~

27  ~~having considered the oral argument at the time of the hearing and~~

28  ~~the pleadings filed in support of the Motion to Dismiss,~~
```

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the action is dismissed without prejudice for defendant United States of America.

DATED: This 14th day of July, 2010.

/s/ David O. Carter
David O. Carter
United States District Judge

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

 /s/ Kevin B. Finn
KEVIN B. FINN
Assistant United States Attorney

Attorneys for Federal Defendant